# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

In re:

**James Foster Raines Sr. and Cynthia Leak Raines**
S.S. Nos.: xxx-xx-7346 and xxx-xx-5008
Mailing Address: 909 Chalmers Street, Durham, NC 27707-

Case No. 10-81889

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on October 18, 2010.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: November 9, 2010

                                            **LAW OFFICES OF JOHN T. ORCUTT, P.C.**

                                            /s John T. Orcutt

                                            John T. Orcutt
                                            N.C. State Bar No. 10212
                                            Counsel for the Debtors
                                            6616-203 Six Forks Rd.
                                            Raleigh, N.C. 27615
                                            Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 8/24/10
**Lastname-SS#:** Raines-5008

## RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

## ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | 1st DOT-Wells Fargo | 4 | $5,062 | ** |
| | RE Taxes | 1 | $81 | ** |
| | | | | ** |
| | | | | ** |

## REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

## LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG-TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | 1st DOT-Wells Fargo | 4 | $835 | N/A | n/a | $835.00 | Residence |
| | RE Taxes | 1 | $81 | N/A | n/a | $81.00 | Residence |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

## STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Non 910-Wells Fargo | 3 | $11,475 | 5.00 | $115 | $237.38 | 2006 Isuzu i-280 |
| | 2nd Dot-Wells Fargo | 5 | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

## STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Santander | 2 | $14,235 | 5.00 | $77 | $294.47 | 2004 Isuzu Rodeo |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

## ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

## SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | $3,698 |
| Real Property Taxes on Retained Realty | $969 |

## UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | $1,838 |
| State Taxes | $684 |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

## CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

## GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= None($0) | None($0) |

## PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,762** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **2.54** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE

(Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

## Other Miscellaneous Provisions

Plan to allow for 3 "waivers". Interest on EAE at fed. judgment rate

## CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Duke University Health System
Post Office Box 91040
Durham, NC 27708-1040

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Absolute Collection Service **
421 Fayetteville Street Mall
Suite 600
Raleigh, NC 27601

Duke University Hospital**
PO Box 15000
Durham, NC 27704

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Amsher Collection Services
600 Beacon Pkwy W, Suite 300
Birmingham, AL 35209-3118

Durham County Tax Collector
Post Office Box 3397
Durham, NC 27701

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

AT&T **
Post Office Box 105503
Atlanta, GA 30348

Durham Emergency Services
402 Stadium Drive
Durham, NC 27705

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

CitiFinancial Auto
Post Office Box 9575
Coppell, TX 75019-9575

Hutchens, Senter, & Britton, PA
Post Office Box 2505
Fayetteville, NC 28302

Experian
P.O. Box 2002
Allen, TX 75013-2002

Credit Bureau of Greensboro**
Post Office Box 26140
Greensboro, NC 27402-0040

Internal Revenue Service (MD)**
Post Office Box 21126
Philadelphia, PA 19114-0326

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Credit Financial Services
3800 Guess Road
Durham, NC 27705

JL Walston & Associates, Inc.
1107 W. Main Street, Ste 201
Durham, NC 27701

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

CSDDUR
Post Office Box 530
Durham, NC 27702-0530

Midland Credit Management **
Post Office Box 60578
Los Angeles, CA 90060

Internal Revenue Service (ED)**
Post Office Box 21126
Philadelphia, PA 19114-0326

Duke Private Diagnostic Clinic
Post Office Box 530
Durham, NC 27702-0530

My Cash Now **
% Secure Cash Network Inc
808 W Dallas St Ste A
Conroe, TX 77301-2259

New World Media
PO Box 3002
Phoenixville, PA 19460

Triangle Orthopedic Associates
120 William Penn Plaza
Durham, NC 27704

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

US Attorney's Office   (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

North Carolina Dept of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Wells Fargo **
P.O. Box 29704
Phoenix, AZ 85038-9704

RCS
CSRECS01
Post Office Box 1022
Wixom, MI 48393-1022

Wells Fargo Auto Finance*
Asset Recovery Group
1460 Northwest Vivion Road
Eastbrook Park
Kansas City, MO 64118

Santander Consumer USA**
Attention: Bankruptcy Dept.
Post Office Box 560284
Dallas, TX 75356-0284

Wells Fargo Financial
6815 Fayetteville Road
Suite 102
Durham, NC 27713-6815

T-Mobile**
Bankruptcy Department
Post Office Box 37380
Albuquerque, NM 87176-7380

Wells Fargo Financial   Cards
P.O. Box 5943
Sioux Falls, SD 57117-5943

TekCollect
871 Park Street
Columbus, OH 43215

Westlake Financial Services
137 North Virgil Ave #100
Los Angeles, CA 90004

The Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Triangle Orthopaedic Assoc., PA
120 William Penn Plaza
Durham, NC 27704